

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-15-00820-CV

**IN THE ESTATE OF STEPHEN EVERETT KOONTZ, DECEASED**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000048
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's brief was due on June 9, 2016. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed first motion for an extension of time to file the brief until July 9, 2016, *see id.* R. 10.5(b).

Appellee's motion for extension of time is GRANTED. Appellee's brief is due on July 9, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court

